UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | : | |
| JOSE GARCIA, | : | CIVIL ACTION NO: |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ALTICE TECHNICAL SERVICES US, LLC | : | |
| D/B/A OPTIMUM, | : | |
| Defendant | : | JULY 21, 2021 |
| | : | |

## **PETITION FOR REMOVAL**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT

OF CONNECTICUT:

Defendant, Altice Technical Services US, LLC[1], respectfully states:

1.     On or about June 25, 2021, an action was commenced against Defendant in the

Superior Court for the Judicial District of Fairfield at Bridgeport, in the State of Connecticut,

entitled Jose Garcia v. Altice Technical Services US, LLC d/b/a Optimum. ("State Action").  No

further proceedings have been had in the State Action.  Copies of all process pleadings and orders

have been served upon Defendant in said action are annexed hereto as Exhibit 1.

2.     The above-described action is one over which this Court has original jurisdiction

under the provisions of 28 U.S.C. § 1332, diversity jurisdiction.

3.     28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a State

court of which the district court of the United States have original jurisdiction."

---

[1] Altice Technical Services US, LLC is in the process of being dissolved and has been reconstituted as an operating
division of CSC Holdings, LLC.

4.      An Affidavit of Marie Quatela in support of this Petition is annexed hereto as Exhibit 2.

5.      The Complaint alleges that Plaintiff is a resident of Connecticut.

6.      Defendant Altice Technical Services US, LLC is a Delaware limited liability company with a principal place of business in New York.  Aff. of Quatela, Ex. 2; Ex. A ¶ 3.  The sole member of Altice Technical Services US, LLC, is CSC Holdings, LLC.  Aff. of Quatela, Ex. 2; Ex. A ¶ 4.  CSC Holdings, LLC is a Delaware limited liability company with a principal place of business in New York.  Aff. of Quatela, Ex. 2; Ex. A ¶ 5.  The sole member of CSC Holdings, LLC is Cablevision Systems Corporation.  Aff. of Quatela, Ex. 2; Ex. A ¶ 6.

7.      Altice Technical Services, US, LLC is diverse because Cablevision Systems Corporation is incorporated under the laws of the State of Delaware and its principal place of business is located in New York.  Aff. of Quatela, Ex. 2; Ex. A ¶¶ 7-8.

8.      There are no other defendants in this case.

9.      The matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

10.      Defendant cannot file this Petition in the Superior Court for the Judicial District of Fairfield at Bridgeport as required by 28 U.S.C. § 1446(d) because Plaintiff has not yet returned the matter to Superior Court as required by Connecticut General Statutes § 52-46a.  This Notice of Removal is being faxed to the Superior Court for the Judicial District of Fairfield at Bridgeport on the same date as the filing of the instant Petition.

WHEREFORE, Defendant respectfully requests that the above action, now pending in the

Superior Court, State of Connecticut, in the Judicial District of Fairfield at Bridgeport, be removed

to this Court.

DEFENDANT,
ALTICE TECHNICAL SERVICES US, LLC


By: */s/ James F. Shea*
James F. Shea (ct16750)
james.shea@jacksonlewis.com
Joseph W. Fazzino (ct30878)
joseph.fazzino@jacksonlewis.com
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
P: (860) 522-0404
F: (860) 247-1330

3

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on July 21, 2021, a copy of foregoing was served electronic mail on

Plaintiff's counsel of record:

> John T. Bochanis
> Daly, Weihing & Bochanis
> 1776 North Avenue
> Bridgeport, CT 06604
> lawdwb@sbcglobal.net


> */s/ Joseph W. Fazzino*
> Joseph W. Fazzino

EXHIBIT 1

**SUMMONS - CIVIL**
JD-CV-1   Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. |
| --- |

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
| --- | --- | --- |
| **1061 Main Street, Bridgeport, CT  06604** | ( 203 )  579 – 6527 | 08/03/2021 |

| ☒ Judicial District | ☐ G.A. | At (City/Town) | Case type code (See list on page 2) |
| --- | --- | --- | --- |
| ☐ Housing Session | ☐ Number: | **Bridgeport** | Major: **T**      Minor: **90** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
| --- | --- |
| **Daly, Weihing & Bochanis, 1776 North Avenue, Bridgeport, CT  06604** | **101227** |

| Telephone number | Signature of plaintiff (if self-represented) |
| --- | --- |
| ( 203 ) 333 – 8500 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☐ Yes  ☒ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed) |
| --- | --- |

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
| --- | --- | --- |
| **First plaintiff** | Name:  Garcia, Jose | P-01 |
| | Address: 409 Hawley Avenue, Bridgeport, CT  06606 | |
| **Additional plaintiff** | Name: | P-02 |
| | Address: | |
| **First defendant** | Name:  Altice Technical Services US, LLC d/b/a Optimum | D-01 |
| | Address: 122 River Street, Bridgeport, CT  06606 | |
| **Additional defendant** | Name:  c/o Agent for Service: Corporation Service Company | D-02 |
| | Address: 100 Pearl Street, 17th Floor, MC-CSC1, Hartford, CT  06103 | |
| **Additional defendant** | Name: | D-03 |
| | Address: | |
| **Additional defendant** | Name: | D-04 |
| | Address: | |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
| --- | --- | --- |

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an Appearance (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an Appearance on time, a default judgment may be entered against you. You can get an Appearance form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
**The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | | Name of person signing |
| --- | --- | --- | --- |
| 06/23/2021 | | ☒ Commissioner of Superior Court | John T. Bochanis |
| | | ☐ _____ Clerk | |

| If this summons is signed by a Clerk: | For Court Use Only |
| --- | --- |
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts. | File Date |
| b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. | A TRUE COPY ATTEST |
| c. The court staff is not permitted to give any legal advice in connection with any lawsuit. | John J. O'Leary |
| d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | CT State Marshal - Hartford County |

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
| --- | --- | --- | --- |
| | | | |

| | | |
|---|---|---|
| **RETURN DATE:  AUGUST 3, 2021** | : | **SUPERIOR COURT** |
| **JOSE GARCIA** | : | **J.D. OF FAIRFIELD** |
| **VS.** | : | **AT BRIDGEPORT** |
| **ALTICE TECHNICAL SERVICES US, LLC d/b/a OPTIMUM** | : | **JUNE 23, 2021** |

<u>**COMPLAINT**</u>

1) The Defendant is Altice Technical Services US, LLC d/b/a Optimum, whose business address is 122 River Street, Bridgeport, Connecticut 06604.

2) The Plaintiff, Jose Garcia, is 49 years old and his date of birth is January 30, 1972.

3) The Plaintiff's race is Hispanic.

4) The Plaintiff was employed with the Defendant for twenty-six (26) years from August 3, 1993 until he was discharged on or about April 5, 2019.

5) The Plaintiff's position with the Defendant at all times hereinafter mentioned was field service supervisor.

1

6) The Plaintiff was one of the oldest, most tenured field services supervisors and the only Hispanic field service supervisor at the Defendant's Connecticut locations at the time of his discharge.

7) Prior to Plaintiff's position as Field Service Supervisor, he was a manager of Field Services in Norwalk, Connecticut. The Defendant eliminated the manager positions and he was reassigned as a Field Service Supervisor at the Defendant's Bridgeport location.

8) At or near the time of the Defendant's actions in eliminating the managers' positions, the Defendant was offering a retirement package for its employees based on age and years of service. Plaintiff did not qualify for the retirement package (Rule of 70 (years of service plus age=70) that was offered by the Defendant, based on his age and years of service at the Defendant. The managers who were eliminated qualified for the early retirement package or assumed new positions as directors. When Plaintiff was assigned as a Field Service Supervisor, he continued to be paid at the manager salary (which was greater than the salary for the manager position). Plaintiff was the only former manager assigned to the position as Field Service Supervisor.

2

9)  On or about April 5, 2019, the Plaintiff was discharged by the Defendant.  The Defendant's explanation for Plaintiff's discharge was "poor judgment" pertaining to allegedly denying overtime pay to employees under his supervision.  Contrary to this claim, Plaintiff did not have access to the overtime timecard of an employee who allegedly was denied overtime pay and subsequently it was discovered that the said employee never put his overtime hours on his timecard.

10) Prior to Plaintiff's discharge, his annual reviews from the Defendant were excellent including "outstanding" and "high achiever" reviews.  Prior to the Defendant's discharge the Plaintiff had never been disciplined by the Defendant.

11) Based on the Defendant's actions as described above, the Defendant targeted, disciplined and terminated the Plaintiff based on his race, color and age.

12) The Defendant has discriminated against the Plaintiff in the terms and conditions of his employment including by discharging the Plaintiff as a result

of his race/color and/or age all in violation of Connecticut General Statutes Section 46a-60(b)(1).

13) As a direct and proximate result of the conduct of the Defendant, as aforesaid, the Plaintiff, Jose Garcia, has been deprived of his position and employment with the Defendant, Altice Technical Services US, LLC d/b/a Optimum.

14) The Plaintiff has lost and will continue to lose earnings and benefits, his earning capacity has been substantially impaired, he has lost and will continue to suffer from humiliation and severe physical and emotional injuries and distress, he has and will continue to incur litigation expenses and attorney's fees and the quality of his life has been substantially diminished, all to his loss and detriment.

4

15) The Plaintiff has obtained a release of jurisdiction from the appropriate agencies to file the instant claim.

**WHEREFORE THE PLAINTIFF CLAIMS:**

1) Money damages within the jurisdiction of this Court;

2) Attorney's fees;

3) Such other and further relief as in law or equity would pertain.

THE PLAINTIFF

BY _____

JOHN T. BOCHANIS
DALY, WEIHING & BOCHANIS
1776 North Avenue
Bridgeport, CT 06604
(203) 333-8500
Juris No. 101227

A TRUE COPY ATTEST

John J. O'Leary
CT State Marshal - Hartford County

6

RETURN DATE: **AUGUST 3, 2021**   :  **SUPERIOR COURT**

**JOSE GARCIA**      :  **J.D. OF FAIRFIELD**

**VS.**          :  **AT BRIDGEPORT**

**ALTICE TECHNICAL SERVICES US, LLC
d/b/a OPTIMUM**     :  **JUNE 23, 2021**

### STATEMENT RE: AMOUNT IN DEMAND

The amount of legal interest or property in demand is not less than

FIFTEEN THOUSAND ($15,000.00) DOLLARS, exclusive of interest and costs.

THE PLAINTIFF

BY
JOHN T. BOCHANIS
DALY, WEIHING & BOCHANIS
1776 North Avenue
Bridgeport, CT 06604
(203) 333-8500
Juris No. 101227

A TRUE COPY ATTEST

John J. O'Leary
CT State Marshal - Hartford County

7

# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE GARCIA, | : | CIVIL ACTION NO: |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ALTICE TECHNICAL SERVICES, LLC | : | |
| D/B/A OPTIMUM, | : | |
| Defendant | : | JULY 20, 2021 |
| | : | |

STATE OF NEW YORK)

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀ss:

COUNTY OF SUFFOLK)


**AFFIDAVIT OF MARIE QUATELA**


MARIE QUATELA, being duly sworn, deposes and says:

1.  I am Director of Compliance within the Legal Department of Altice USA, Inc., a publicly traded company and the penultimate parent of Altice Technical Services US, LLC (hereinafter "the Company"), mistakenly named by Plaintiff as Altice Technical Services, LLC.

2.  As part of my job responsibilities I am tasked with maintaining the records and having knowledge of the corporate structure, ownership, states of incorporation or organization, and authorizations for the Company and each of its subsidiaries inclusive of those for Altice Technical Services US, LLC and CSC Holdings, LLC.

3.  Based on my direct knowledge of the Company and its subsidiaries I submitted an Affidavit to this Court on April 23, 2021 in connection with a Petition for Removal of a different

Summons and Complaint by this same Plaintiff. A copy of that Affidavit is attached hereto

as Exhibit A. That Complaint was removed to the Court on April 26, 2021.  It was assigned

docket number 3:21-cv-00522 (JAM) and is pending before Judge Meyer.

4. This is to affirm that all of the Statements made in that Affidavit continue to be as true and

accurate today as they were on the date sworn to in April.

5. Everything I have stated in this affidavit is true to the best of my knowledge, information

and belief.

_Marie Quatela_
_____
Marie Quatela

As sworn to me this 20ᵗʰ

day of July 2021.

Notary Public

AMY P. PFAIL
Notary Public, State of New York
No. 01PF6238865
Qualified in Nassau County
Commission Expires 4/11/2023

2

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | : | |
| JOSE GARCIA, | : | CIVIL ACTION NO: |
|       Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ALTICE TECHNICAL SERVICES, LLC | : | |
| D/B/A OPTIMUM, | : | |
|       Defendant | : | APRIL 23, 2021 |
| | : | |

STATE OF NEW YORK)

                 ss:

COUNTY OF SUFFOLK)

## **AFFIDAVIT OF MARIE QUATELA**

MARIE QUATELA, being duly sworn, deposes and says:

1.  I am Director of Compliance within the Legal Department of Altice USA, Inc., a publicly traded company and the penultimate parent of Altice Technical Services US, LLC (hereinafter "the Company"), mistakenly named by Plaintiff as Altice Technical Services, LLC.

2.  As part of my job responsibilities I am tasked with maintaining the records and having knowledge of the corporate structure, ownership, states of incorporation or organization, and authorizations for the Company and each of its subsidiaries inclusive of those for Altice Technical Services US, LLC and CSC Holdings, LLC.

3.  Based on my direct knowledge of the Company and its subsidiaries this is to affirm that Altice Technical Services US, LLC is a Delaware limited liability company with a principal

1

place of business at 1 Court Square W., Long Island City, New York 11101.[1] A Certificate of Good Standing is attached hereto as Exhibit A.

4. The sole member of Altice Technical Services US, LLC is CSC Holdings, LLC.

5. I further affirm that CSC Holdings, LLC is a Delaware limited liability company with a principal place of business at 1 Court Square W., Long Island City, New York 11101. A Certificate of Good Standing is attached hereto as Exhibit B.

6. The sole member of CSC Holdings, LLC is Cablevision Systems Corporation.

7. Cablevision Systems Corporation is a Delaware corporation with a principal place of business at 1 Court Square W., Long Island City, New York 11101. A Certificate of Good Standing is attached hereto as Exhibit C.

8. Attached hereto as Exhibit D is a certification duly executed by an officer of Cablevision Systems Corporation certifying to Cablevision Systems Corporation's state of incorporation and principal place of business in further support of the Company's Revised Petition for Removal of this matter to federal court on the basis of diversity jurisdiction.

9. Everything I have stated in this affidavit is true to the best of my knowledge, information and belief.

_Marie Quatela_
Marie Quatela

As sworn to me this 23ʳᵈ

day of April, 2021.

_____
Notary Public

AMY P PFAIL
Notary Public, State of New York
No. 01PF6238865
Qualified in Nassau County
Commission Expires 4/11/2023

---

[1] A document pertaining to Altice Technical Services US, Corp. was mistakenly attached to Defendant's Petition for Removal and Statement Regarding Removal. This is to clarify that Altice Technical Services US, Corp. was a Company subsidiary which no longer exists and that when it had existed it was a Delaware corporation with its principal place of business in New York.

EXHIBIT A



# Delaware

Page 1

### The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "ALTICE TECHNICAL SERVICES US, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-THIRD DAY OF APRIL, A.D. 2021.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "ALTICE TECHNICAL SERVICES US, LLC" WAS FORMED ON THE THIRD DAY OF JANUARY, A.D. 2018.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.*

Jeffrey W. Bullock, Secretary of State

6692800  8300

SR# 20211430978

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203046465

Date: 04-23-21

EXHIBIT B



# Delaware

Page 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "CSC HOLDINGS, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWELFTH DAY OF APRIL, A.D. 2021.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "CSC HOLDINGS, LLC" WAS FORMED ON THE THIRD DAY OF DECEMBER, A.D. 1985.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.

Jeffrey W. Bullock, Secretary of State

2077226  8300

SR# 20211254679

Authentication: 202942215

Date: 04-12-21

You may verify this certificate online at corp.delaware.gov/authver.shtml

EXHIBIT C

# Delaware

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "CABLEVISION SYSTEMS CORPORATION" IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-THIRD DAY OF APRIL, A.D. 2021.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "CABLEVISION SYSTEMS CORPORATION" WAS INCORPORATED ON THE TWENTY-FIRST DAY OF NOVEMBER, A.D. 1997.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.

Jeffrey W. Bullock, Secretary of State

2824510  8300

SR# 20211430979

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203046466

Date: 04-23-21

EXHIBIT D

## **OFFICER'S CERTIFICATE**

The undersigned, Michael Olsen, being the Executive Vice President, General Counsel and Secretary of Cablevision Systems Corporation (the "Company"), does hereby certify that (i) the Company is a Delaware corporation (ii) with a principal place of business in the state of New York.

IN WITNESS WHEREOF, I have hereunto signed my name this 23rd day of April, 2021.

Cablevision Systems Corporation

_____

Name:  Michael Olsen
Title:   EVP, GC, & Secretary